J. STERLING DRAKE, Respondent, v. COASTWISE LUMBER AND SUPPLY COMPANY,

Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.